IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COREY J. GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv959-MHT |
| ) | (WO) |
| PATRICE RICHIE, Warden, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of a lack of fire safety at Bullock Correctional Facility and that he was left for three days following a fire in a cell filled with a toxic yellow powder. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against certain defendants be dismissed for failure to state a claim upon which relief can be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of March, 2019.

                                  /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE