IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COREY J. GARDNER,       ) | |
|      ) | |
|   Plaintiff,  ) | |
|      )   | CIVIL ACTION NO. |
|   v.          ) | 2:18cv959-MHT |
|      ) | (WO) |
| PATRICE RICHIE, Warden, ) | |
| et al.,                 ) | |
|      ) | |
|   Defendants.  ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) Plaintiff's claims against defendants Wexford Health Services (referred to as "Wexford Healthcare Source" in the amended complaint (doc. no. 14), Dr. T. Sadik, and Nurses Richardson, Crawford, and Taylor are dismissed without prejudice for failure to state a claim upon which relief can be granted, with no costs

taxed, and said defendants are terminated as parties to this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 18th day of March, 2019.

/s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**