IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COREY J. GARDNER,            )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )<br>                              )<br>WARDEN PATRICE RICHIE,        )<br>et al.,                       )<br>                              )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:18cv959-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of a lack of fire safety at Bullock Correctional Facility and that he was left for three days following a fire in a cell filled with a toxic yellow powder.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and comply with multiple court orders.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of October, 2021.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE